IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$16,769.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through United States Attorney Robert C. Troyer and Assistant United States Attorney Tonya S. Andrews, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

JURISDICTION AND VENUE

1.    The United States of America has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of the narcotics provisions of 21 U.S.C. § 801 *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.    Venue is proper under 28 U.S.C. § 1395, as the defendant property is located, and the acts described herein occurred, in the District of Colorado.

DEFENDANT PROPERTY

3.    Defendant property is more fully described as follows:

      a.    $16,769.00 in United States currency ("defendant $16,769.00") seized on May 3, 2018, $2,150.00 in United States currency was seized from the CI, on May 3, 2018, $11,366.00 in United States currency was seized from inside a black 2017 Chevrolet Camaro convertible bearing Colorado temporary license plate number 0115321, and on May 4, 2018, $3,253.00 in United States currency was seized from the Eatherton residence located at 22 Ward Court, Lakewood, Colorado 80228.  Defendant $16,769.00 is in the custody of the United States Customs and Border Protection, Fine, Penalties and Forfeiture Officer in Portland, Oregon.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through the observations and investigations of law enforcement officers:

1.    In September 2017, law enforcement officers received information regarding the distribution of large amounts of methamphetamine throughout the Denver, Craig, and Grand Junction, Colorado areas.

2.    A CI identified the distributor of the methamphetamine as Brian Eatherton (aka "Truck"), a self-admitted member of a prison gang called the Defenders of the Aryan Race ("DOTAR").

3.    On May 2, 2018, law enforcement officers conducted surveillance on Eatherton who was driving a 2017 Chevy Camaro convertible (Colorado temporary license plate #0115321) and was accompanied by a female passenger, later identified as Lindsay Baugh Grindstaff.  Law enforcement officers observed Eatherton arrive at a CubeSmart Self Storage facility located at 5885 W. Colfax Avenue, Lakewood, Colorado.

4. Eatherton entered the CubeSmart Self Storage facility through the security gate, drove to unit 117, and entered the unit with Grindstaff. Once inside, Grindstaff took a bag from the unit and placed it into the Camaro's trunk. Eatherton and Grindstaff left the storage unit and drove to the Omni Interlocken Resort located at 500 Interlocken Blvd, Broomfield, Colorado.

5. On May 3, 2018, the CI notified law enforcement officers that Eatherton delivered approximately 1.5 pounds of methamphetamine to the CI. During a subsequent debrief, the CI learned that Eatherton was on his way to meet another associate, Andy Lehmann, to deliver additional narcotics. The methamphetamine and approximately $2,150.00 in United States currency were seized from the CI.

6. On May 3, 2018, Detective Hamel observed Eatherton commit two traffic violations, failing to signal when changing lanes and failing to signal when he turned right.

7. Detective Hamel then observed Eatherton enter a Target Store parking lot located at 3650 River Point Parkway and park near the south end of the lot.

8. Officer Thomas responded to the Target Store parking lot and approached Eatherton, who was seated in the driver's seat of the black Camaro. Officer Thomas observed Lehmann standing on the passenger side of Eatherton's vehicle, leaning in the passenger side window.

9. Officer Thomas asked Eatherton for his license and registration and Eatherton complied. Officer Thomas allowed Eatherton to exit his vehicle to smoke a cigarette and Eatherton consented to a frisk for weapons.

10. During the frisk, Officer Thomas felt an object in Eatherton's left pants pocket. Eatherton indicated that it was pills for medical reasons. Officer Thomas

recovered a plastic bag containing yellow pills. When Officer Thomas advised Eatherton that he did not know what the pills were because they were not in the original packaging and inquired if Eatherton had any drugs in his vehicle, Eatherton stated, "I'm not going to let you search my car if that's what you're getting at."

11. Officer Thomas then asked Lehmann, the individual who had been leaning into Etherton's car, for identification. Lehmann handed Officer Thomas a Colorado Identification Card (not a driver's license).

12. Officer Thomas observed an unoccupied silver Honda Accord with the driver's window halfway down parked next to Eatherton's vehicle. Lehmann denied owning or knowing anything about this vehicle.

13. Officer Thomas then informed Eatherton that he needed to research the identity of the pills and run various checks, at this time Sgt. Bedenbender requested a trained narcotics canine to respond.

14. Officer Thomas conducted checks on both vehicles and discovered that Lehmann was the registered owner of the Honda Accord and that his license was cancelled. When asked about the vehicle, Lehmann stated that someone else drove the vehicle and he was merely sitting in it. When Officer Thomas stated he would obtain Target's surveillance cameras, Lehmann admitted he drove the vehicle to the location.

15. A narcotics detection K9 arrived on scene to conduct an open air sniff of Eatherton's vehicle. The K-9 positively alerted to the presence of narcotics.

16. Officer Thomas placed Eatherton in custody while the Detectives searched his vehicle. During the search, officers seized approximately 5.6 pounds of suspected

methamphetamine packaged inside seven large freezer bags from inside the Camaro's trunk.

17. During the search, officers also seized approximately $8,100.00 in United States currency from Eatherton's wallet in his back pocket and an additional $3,266.00 United States currency found in the Camaro for a total of $11,366.00 in United States currency.

### May 4, 2018 search warrants

18. On May 4, 2018, search warrants were executed for Eatherton's residence located at 22 Ward Court, Lakewood, Colorado 80228 and for the CubeSmart Self Storage facility unit 117.

19. During the search of Eatherton's storage unit, agents found and seized 23 pounds of suspected methamphetamine and two shotguns.

20. During the search at Eatherton's residence, agents found and seized 2 pounds of methamphetamine and $3,253.00 in United States currency.

### Wage History

21. A nationwide search of the Department of Labor records revealed that Brian Martin Eatherton has a reported income of $22,815.33 for 2017, $39,000.03 for 2016, and no wages reported for 2015, 2014 and 2013.

### Criminal Charges

22. Brian Martin Eatherton was charged in Arapahoe County Colorado with Possession with Intent to Manufacture, Dispense, Sell, or Distribute a Controlled Substance that weighs more than 225 grams and contains a schedule I or schedule II controlled substance, Possession of a Dangerous Weapon by a previous offender, and

5

Possession of a Weapon by a previous offender subsequent to the person's conviction for a felony or subsequent to conviction for attempt or conspiracy to commit a felony in criminal case number 2018cr1377.

23. Lindsay Amanda Grindstaff was charged in Arapahoe County Colorado with Unlawful Possesion with intent to Manufacture, Dispense, Sell, or Distribute a Controlled Substance that weighs more than 112 grams and contains methamphetamine, heroin, ketamine or cathinones and Unlawful Possesion with intent to Manufacture, Dispense, Sell, or Distribute a Controlled Substance that weighs more than 14 grams, but not more than 225 grams and contains a schedule I or schedule II controlled substance in criminal case number 2018cr1648.

24. Based on the above, there is reasonable cause to believe that defendant $16,769.00 in United States currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

I, Special Agent, Michael Juneau, hereby state and aver under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge, information and belief.

*[signature]*

Michael Juneau
Special Agent
U.S. Homeland Security Investigations

STATE OF COLORADO   )
                    ) ss.
COUNTY OF DENVER    )

The foregoing VERIFIED COMPLAINT FOR FORFEITURE *IN REM* was sworn to and subscribed before me this 10 4th day of ~~August 31,~~ September 2018, by Michael Juneau, a Special Agent with the U.S. Homeland Security Investigations.

*[signature]*

Notary Public, State of Colorado

My Commission Expires:

BERNADETTE LIGHTSEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19994020790
MY COMMISSION EXPIRES AUGUST 13, 2019

## FIRST CLAIM FOR RELIEF

25. The Plaintiff repeats and incorporates by reference each of the paragraphs above.

26. By the foregoing and other acts, defendant $16,769.00 in United States currency constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to an exchange of a controlled substance, or money used or intended to be used to facilitate a violation of 21 U.S.C. § 801 *et seq*. Therefore, defendant $16,769.00 in United States currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be authorized to dispose of the property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause Pursuant to 28 U.S.C. § 2465.

DATED this 10th day of September 2018.

    Respectfully submitted,

    ROBERT C. TROYER
    United States Attorney

    By: *s/ Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Ste. 1600
    Denver, CO 80202
    303-454-0100
    Tonya.Andrews@usdoj.gov
    *Attorney for the United States*