IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02314-DDD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

$16,769.00 IN UNITED STATES CURRENCY,

  Defendant.

_____

**UNITED STATES' JOINT STATUS REPORT – JUNE 10, 2019**
_____

  COMES NOW the United States of America (the "United States"), by Acting United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and Claimant Brian Martin Eatherton, by and through counsel Adam M. Tucker and Michael Scott Sager, and pursuant to Judge Wiley Y. Daniel's Order dated April 12, 2019, hereby files a status report, stating the following:

  1. On September 10, 2018, the United States filed a *Verified Forfeiture Complaint In Rem* against the defendant currency.  (Doc. 1).

  2. On September 12, 2018, the United States filed a Notice of Complaint for Forfeiture, which provided until October 22, 2018 for claimants to file a claim.  (Doc. 6).

  3. On October 18, 2018, Claimant Brian Eatherton filed a Claim to defendant asset $16,769.00 in United States currency.  (Doc. 7).

  4. The government also published notice beginning on September 14, 2018, which provided until November 13, 2018 for claimants to file a claim.  (Doc. 9).

1

5. On November 8, 2018, Claimant Brian Eatherton filed an Answer to Verified Complaint for Forfeiture In Rem. (Doc. 10).

6. On November 9, 2018, Claimant Eatherton filed an Unopposed Motion to Stay. (Doc. 11). The Motion to Stay Proceedings was granted by the Court on November 14, 2018. (Doc. 12).

7. On April 25, 2019, the United States filed a Motion to Lift Stay. (Doc. 15). The Motion to Lift Stay was granted by the Court on April 30, 2019. (Doc. 16)

8. On May 3, 2019, the United States filed an Unopposed Motion for a Scheduling Conference. (Doc. 17). The Motion for Scheduling Conference was granted by the Court on May 9, 2019, which set a Scheduling Conference for June 6, 2019 and the proposed scheduling order due May 30, 2019. (Doc. 20).

9. On May 30, 2019, the United States filed a proposed Scheduling Order. (Doc. 22).

10. On May 31, 2019, the United States filed a Notice of Settlement. (Doc. 23). On May 31, 2019, the Court vacated the Scheduling Conference set for June 6, 2019. (Doc. 24).

11. On April 15, 2019, a Case Management Conference was held in *People of the State of Colorado v. Brian Martin Eatherton* Arapahoe County criminal case no. 2018cr1377. The Court entered a Plea Agreement, and the case was closed.

12. At this time, the parties have reached a Settlement and Consent Agreement and are working on executing the necessary settlement documents..

13. In addition, the United States will file a Motion for Final Order of Forfeiture and/or status report within 60 days or as ordered by the Court.

DATED this 10th day of June, 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: s/*Tonya S. Andrews*
Tonya S. Andrews
Assistant U.S. Attonrey
U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 45401q00
E-mail: tonya.andrews@usdoj.gov
*Attorney for the United States*

By: s/*Adam M. Tucker*
Adam M. Tucker
Law Officer of Adam Tucker
1775 Sherman Street, #1650
Denver, CO  80203
Telephone: (720) 355-2522
E-mail: adam@tucker.legal
*Attorney for Claimant Brian Martin Eatherton*

By: s/*Michael Scott Sager*
Michael Scott Sager
Law Officer of Adam Tucker
1775 Sherman Street, #1650
Denver, CO  80203
Telephone: (720) 355-2522
E-mail: michael@tucker.legal
*Attorney for Claimant Brian Martin Eatherton*